[No. 21394-0-II.    Division Two.   May 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT GARY CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00452-7, Leonard W. Costello, J., entered December 2, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Morgan and Houghton, JJ.

[No. 21953-1-II.    Division Two.   May 14, 1999.]

ROBERT N. KELLEY, *Appellant*, v. ELAINE JACOBS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 94-2-00806-2, H. John Hall, J., entered April 4, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 22967-6-II.    Division Two.   May 14, 1999.]

ALLSTATE INSURANCE COMPANY, *Respondent*, v. DOUGLAS BAUER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-2-02399-0, Terry K. McCluskey, J., entered February 13, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Hunt, JJ. Now published at 96 Wn. App. 11.

[No. 22985-4-II.    Division Two.   May 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. THERON REED, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-8-01872-0, Rosanne Buckner, J., entered February 19, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, C.J., concurred in by Armstrong and Hunt, JJ.